UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff/Respondent, | ) | Criminal Action No. 6: 06-101-S-DCR |
| | ) | Civil Action No. 6: 08-7036-DCR |
| V. | ) | |
| MONTY HART, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant/Petitioner. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant/Petitioner Monty Hart's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Record No. 203] Consistent with local practice, this motion was referred to United States Magistrate Judge Robert E. Wier for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). Although Hart made several claims in his initial petition, he subsequently withdrew all but the assertion that his attorney failed to perfect an appeal of his sentence as instructed. On August 17, 2010, Magistrate Judge Wier filed his report, recommending that limited relief be granted. [Record No. 248] The United States has not objected to the Magistrate Judge's Recommended Disposition within the time provided.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

-1-

or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in full agreement with the Magistrate Judge's Recommended Disposition. Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [Record No. 248] is **ADOPTED** and **INCORPORATED** herein by reference.

2. Petitioner Monty Hart's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 [Record No. 203] is **GRANTED**, to the extent that he seeks re-sentencing thereby enabling him to file a delayed appeal.

3. The United States' motion to dismiss [Record No. 213] is **DENIED**.

4. The Judgment previously entered in this matter and filed September 25, 2007 [Record No. 178], is **VACATED** and **SET ASIDE**.

5. A hearing shall be scheduled in this matter on **October 26, 2010**, beginning at the hour of **10:00 a.m.**, at the United States Courthouse in **FRANKFORT**, Kentucky. This hearing shall be conducted for the purpose of reimposing the sentence previously imposed and advising the Defendant/Petitioner of his appellate rights. Based on the Magistrate Judge's prior finding, Joyce Merritt shall be appointed to represent the Defendant/Petitioner at this hearing in accordance with the provisions of the Criminal Justice Act.

This 8th day of September, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge