UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 06-101-DCR |
| V. | ) | |
| MONTY HART, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of Defendant Monty Hart's motion for reconsideration of the Court's prior ruling denying his request for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). [Record No. 288] Nothing contained in the current motion changes the Court's prior analysis. Accordingly, it is hereby

**ORDERED** that Defendant Monty Hart's Motion for Reconsideration [Record No. 288] is **DENIED**.

This 19th day of November, 2014.



Signed By:
*Danny C. Reeves* DCR
United States District Judge